IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL D. WOLFE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3146 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for extension of time, filing 12, is granted, and

1. Defendant's brief shall be filed by November 30, 2006.

2. Plaintiff may file a reply brief by December 14, 2006.

3. This case shall be ripe for decision on December 20, 2006.

DATED this 31st day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge